IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ORD and KEVIN ORD, on behalf of themselves and all other persons similarly situated,<br>Plaintiffs,<br><br>v.<br><br>F.N.B. CORPORATION,<br>Defendant. | CASE NO. 12-cv-00766<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF MOTION FOR ADMISSION OF JON A. TOSTRUD
### *PRO HAC VICE*

I, Timothy M. Kolman, Esquire, an attorney in good standing in the Commonwealth of Pennsylvania and admitted to practice before the United States District Court for the Eastern & Middle Districts of Pennsylvania, moves this Court to permit the appearance of Jon A. Tostrud, Esquire, as a member of the bar of the California & Minnesota Districts, to appear *pro hac vice* in the above-captioned matter.

I hereby certify that copies of this motion and the attached affidavit have been served upon all parties in the above-captioned matter.

Respectfully submitted,

Timothy M. Kolman, Esquire

June 27, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ORD and KEVIN ORD, on behalf of themselves and all other persons similarly situated,<br>Plaintiffs,<br><br>v.<br><br>F.N.B. CORPORATION,<br>Defendant. | CASE NO. 12-cv-00766<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF JON A. TOSTRUD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jon A. Tostrud, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Kimberly Ord and Kevin Ord in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Jon A. Tostrud, being duly sworn, do hereby depose and say as follows:

1. I am a member of the law firm Tostrud Law Group, PC.

2. My business address is 1901 Avenue of the Stars, 2nd Floor, Los Angeles, CA. 90067.

3. I am a member in good standing of the bars of California and Minnesota.

4. My bar identification number for California is: 199502

    My bar identification number for Minnesota is: 0251768

5. A current certificate of good standing from the State Bar of California is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: June 26, 2012

_____
Jon A. Tostrud

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

June 11, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JON ANDERS TOSTRUD, #199502 was admitted to the practice of law in this state by the Supreme Court of California on December 8, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records