UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ORD and KEVIN ORD, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>F.N.B. CORPORATION,<br><br>Defendant. | No. 2:12-cv-00766-RCM<br><br>CLASS ACTION |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARC L. GODINO**

Marc L. Godino, undersigned counsel for Plaintiffs Kimberly Ord and Kevin Ord, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Marc L. Godino filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 29, 2012

Respectfully submitted,

David J. Cohen
KOLMAN ELY, PC
414 Hulmeville Avenue
Penndel, PA  19407
Telephone: (215) 750-3134
Facsimile: (215) 750-3138
Email: dcohen@kolmanlaw.net


Marc L. Godino (182689)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: mgodino@glancylaw.com

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ORD and KEVIN ORD, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>F.N.B. CORPORATION,<br><br>Defendant. | No. 2:12-cv-00766-RCM<br><br>CLASS ACTION |

**AFFIDAVIT OF MARC L. GODINO IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Marc L. Godino, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Kimberly Ord and Kevin Ord, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Marc L. Godino, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm of Glancy Binkow & Goldberg LLP.

2. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

3. I am a member in good standing of the bar of the State of California.

4. My bar identification number is 182689.

5. A current certificate of good standing from the bar of the State of California is attached to this Affidavit as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: June 29, 2012

_____
Marc L. Godino

[Notary stamp: HARRY H. KHARADJIAN, COMM #1916938, Notary Public-California, LOS ANGELES COUNTY, My Comm. Exp. DEC 13, 2014]

AFFIDAVIT OF MARC L. GODINO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617      TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 22, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARC LAWRENCE GODINO, #182689 was admitted to the practice of law in this state by the Supreme Court of California on June 11, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Louise Turner
Custodian of Membership Records