IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ORD, KEVIN ORD on behalf of themselves and all other persons similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>F.N.B. CORPORATION, AND FIRST NATIONAL BANK OF PENNSYLVANIA,<br><br>Defendants. | 12cv0766<br>**LEAD CASE**<br>**ELECTRONICALLY FILED** |
| JOAN CLAREY individually and on behalf of others similarly situated,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>FIRST NATIONAL BANK OF PENNSYLVANIA,<br><br>Consolidated Defendant. | 12cv1305<br>**MEMBER CASE** |

**MOTION FOR LEAVE TO REQUEST ADMISSION *PRO HAC VICE***

Plaintiff, Joan Clarey, by her attorney, Stanley M. Stein, Esq. and Stanley M. Stein, PC, member of the bar of the United States District Court for the Western District of Pennsylvania, moves this Honorable Court for leave to request Admission *Pro Hac Vice* of Caitlin Duffy, Esq. for purposes of this particular proceeding, stating as follows:

1.   Stanley M. Stein, Esq. is with the firm Stanley M. Stein, PC, 445 Fort Pitt Boulevard, Suite 150, Pittsburgh, PA 15219 and is a member in good standing of the bar of the United States District Court for the Western District of Pennsylvania.

2. Caitlin Duffy, Esq. of the law firm of Squitieri & Fearon, LLP, 32 East 57th Street, 12th Floor, New York, New York 10022 is counsel for plaintiff, Joan Clarey.

3. Caitlin Duffy, Esq. is a member in good standing of the State and Federal bars of New York. Please see Exhibit A attached hereto.

4. Plaintiff, Joan Clarey, desires that attorney Caitlin Duffy, Esq. assist in representing her interests because of his familiarity with the parties and the causes of action.

5. Plaintiff, Joan Clarey, further desires that Stanley M. Stein, Esq., as a member of the bar of this Court, remain as counsel of record, together with Caitlin Duffy, Esq. Any service of motions, pleadings and Orders of the Court may be directed to Stanley M. Stein, Esq. at Stanley M. Stein, PC.

WHEREFORE, the movant, Stanley M. Stein, Esq., respectfully moves this Honorable Court for an Order granting leave to permit the admission *Pro Hac Vice* of Caitlin Duffy, Esq., for purposes of this particular action.

Dated: October 11, 2012                                     Respectfully submitted,

/s/ Stanley M. Stein

STANLEY M. STEIN, PC
445 Fort Pitt Boulevard
Suite 150
Pittsburgh, PA 15219
Telephone: (412) 904-4573
Facsimile: (412) 904-4726
Email: smstein@smsteinlaw.com

*Attorneys for Plaintiff Joan Clarey*

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, a true and correct copy of the within Motion for Admission *Pro Hac Vice* of Caitlin Duffy to the United States District Court for the Western District of Pennsylvania was forwarded to all counsel of record via the Court's electronic filing system.

/s/ Stanley M. Stein
Stanley M. Stein

**CERTIFICATE OF ECF REGISTRATION PURSUANT TO Misc. No. 06-151**

I hereby certify that your moving counsel is a registered user of ECF in the United States District Court for the Western District of Pennsylvania. I further certify that the undersigned counsel has read, knows and understands the Local Rules of the Court.

/s/ Stanley M. Stein
Stanley M. Stein

# EXHIBIT A

## EXHIBIT A – CAITLIN DUFFY

Supreme Court of New Jersey – December 14, 2007 – Active Status

United States District Court for New Jersey – February 1, 2008 – Active Status

Supreme Court State of New York – May 5, 2008 – Bar No.: 4562336
- Active Status

United States District Court for the Southern District of New York – June 23, 2009 – Active Status

United States District Court for the Eastern District of New York – July 2, 2009 – Active Status

Second Circuit Court of Appeals – October 8, 2010 – Active Status

Eleventh Circuit Court of Appeals- June 13, 2011 -Active Status