IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY ORD AND KEVIN ORD,** | : | |
| Plaintiffs, | : | Case No. 12-cv-00766-AJS |
| v. | : | |
| | : | LEAD CASE |
| **FIRST NATIONAL BANK OF ,** | : | |
| **PENNSYLVANIA AND F.N.B. CORP.,** | : | CLASS ACTION |
| Defendants. | : | |
| | : | |
| **JOAN CLAREY,** | : | |
| Plaintiff, | : | Case No. 12-cv-01305-AJS |
| v. | : | |
| | : | MEMBER CASE |
| **FIRST NATIONAL BANK OF ,** | : | |
| **PENNSYLVANIA AND F.N.B. CORP.,** | : | CLASS ACTION |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND A CASE CONTRIBUTION
<u>AWARD FOR EACH PLAINTIFF</u>**

Plaintiffs move for an Order: (i) awarding attorneys' fees and expenses; (ii) approving the proposed Case Contribution Award to each Plaintiff; and (iii) granting such other and further relief as is proper. In support of this Motion, Plaintiffs are submitting the accompanying Memorandum of Law, the supporting Declaration with exhibits, and the proposed Final Judgment and Order of Dismissal. As set forth in the Preliminary Approval Order entered on February 12, 2013 [Doc. No. 52], the Court has scheduled a hearing to consider this motion on June 21, 2013 at 9:30 a.m. or such other date and time as the Court may direct.

Dated: May 31, 2013

                                                       Respectfully submitted,

                                                   /s/ Stephen J. Fearon, Jr.
                                                   Stephen J. Fearon, Jr.
                                                   Caitlin Duffy

        **SQUITIERI & FEARON, LLP**
        32 E. 57th Street, 12th Floor
        New York, New York 10022
        Telephone: (212) 421-6492
        Fax: (212) 421-6553
        stephen@sfclasslaw.com
        caitlin@sfclasslaw.com

         /s/ David J. Cohen
        David J. Cohen
        **KOLMAN ELY, P.C.**
        414 Hulmeville Avenue
        Penndel, PA 19407
        Telephone: (215) 750-3134
        Fax: (215) 750-3138
        dcohen@kolmanlaw.net

        *Lead Counsel for Plaintiffs and the Class*

        Stanley M. Stein
        **STANLEY M. STEIN, P.C.**
        445 Fort Pitt Boulevard, Suite 15
        Pittsburgh, PA 15219
        Telephone: (412) 904-4573
        Fax:  (412) 904-4726
        smstein@smsteinlaw.com

        *Attorneys for Joan Clarey*

        Marc L. Godino
        Lionel Z. Glancy
        Casey E. Sadler
        **GLANCY BINKOW & GOLDBERG LLP**
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 201-9150
        Fax: (310) 201-9160
        mgodino@glancylaw.com

Jon A. Tostrud
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2125
Los Angeles, CA 90067
Telephone: (310) 278-2600
Fax: (310) 278-2640
jtostrud@tostrudlaw.com

*Attorneys for Kimberly and Kevin Ord*